UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

In re: Cemeish E. Orso )
) Case No. 17-47957
)
Debtor. ) Chapter 7
Progressive Financial
Leasing

Please change address to:
256 West Data Drive
Draper, UT 84020

*Cemeishe E. Orso* (signature)

RECEIVED & FILED 2017 NOV 29 AM 9:37 U.S. BANKRUPTCY COURT EASTERN DISTRICT MISSOURI