UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 17-47957-705 |
| Cemeish E. Orso, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF CHANGE OF ADDRESS (CREDITOR)**

NAME: Audrey and Zachary Schmook

OLD MAILING ADDRESS: 18 Lawn Pl.
St. Louis, MO 63110-1417

NEW MAILING ADDRESS: 1112 E. Boyd St.
Norman, OK 73071-4825

DATED: Dec. 10, 2017

Zachary Schmook, Creditor

RECEIVED + FILED
2017 DEC 14  AM 11:10
US BANKRUPTCY COURT
EASTERN DISTRICT
ST. LOUIS, MISSOURI